UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN NULF, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                    Defendants. | Civil Action No.: 1:23-cv-10999-ADB |
| THOMAS CRONIN, SIERRA ALLEN and CHERE ADAMS, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                    Defendants. | Civil Action No.: 1:23-CV-11007-ADB |
| VALERIE PHARR, on behalf of herself and all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                    Defendants. | Civil Action No.: 1:23-cv-11053-AK |

| | |
|---|---|
| ROBERTO CERDA, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>       Defendants. | Civil Action No.: 1:23-cv-11088-AK |
| REBECCA SCIFO, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>       Defendants. | Civil Action No.: 1:23-CV-11143-ADB |
| PAMELA SMITH, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>       Defendants. | Civil Action No.: 1:23-cv-11205-ADB |

## **ORDER OF DISMISSAL**

<u>Burroughs, D. J.</u>

      Pursuant to the court's Memorandum and Order [Doc. No. 51] granting Defendants' Joint Motion to Dismiss [Doc. No. 38], Plaintiffs' Amended Complaint [Doc. No. 29] is dismissed. This case and each of the consolidated cases, are CLOSED.

      IT IS SO ORDERED.

                                                                By the Court,

<u>9/20/2024</u>　　　　　　　　　　　　　　　　　　　　　<u>/s/ Caetlin McManus</u>
    Date　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk